JOHN B. SULLIVAN (State Bar No. 96742)
jbs@severson.com
EDWARD R. BUELL, III (State Bar No. 240494)
erb@severson.com
ALISA A. GIVENTAL (State Bar No. 273551)
aag@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
OCWEN LOAN SERVICING, LLC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| SEAN CONRAD,<br><br>    Plaintiff,<br><br>    vs.<br><br>EQUIFAX, INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; OCWEN LOAN SERVICING, LLC; TRAVIS CREDIT UNION; TOYOTA MOTOR CREDIT CORPORATION; FIRST NATIONAL BANK OF OMAHA AND DOES 1 THROUGH 100 INCLUSIVE,<br><br>    Defendant. | Federal Case No.: 5:15-cv-1961<br><br>State Case No.: 115CV277462<br><br>**OCWEN LOAN SERVICING, LLC'S NOTICE OF REMOVAL** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT; THE HONORABLE UNITED STATES DISTRICT JUDGE AS ASSIGNED; PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that defendant OCWEN LOAN SERVICING, LLC ("Ocwen"), hereby provides this Notice of Removal based on federal question jurisdiction, pursuant to 28 U.S.C. § 1446, and hereby removes to this Court the state court action described below.

## I.  THE STATE COURT ACTION

On March 3, 2015, plaintiff Sean Conrad ("Plaintiff") filed the complaint in Case No. 115CV277462, entitled as captioned above, in the Superior Court of the State of California, County of Santa Clara (the "State Court Action").

In the Complaint Plaintiff asserts three causes of action: (1) violation of Fair Credit Reporting Act; (2) violation of California Consumer Credit Reporting Agencies Act; and (3) violation of California Unfair Business Practices Act.

Plaintiff served Ocwen on March 31, 2015.

Attached collectively hereto as **Exhibit A** are a copy of the complaint and all other papers in Ocwen's possession either filed by Plaintiff or issued by the Court as of the time of filing this Notice of Removal.

## II.  FEDERAL QUESTION JURISDICTION

1. This is a civil action over which this Court has original jurisdiction. 28 U.S.C. § 1331 (governing federal question jurisdiction). The state court action is removable pursuant to 28 U.S.C. § 1441(b) because it arises under the Fair Credit Reporting Act—15 U.S.C. § 1681s-2(b)—a federal statute.

2. In addition, this Court has supplemental jurisdiction over the remaining two claims listed in Plaintiff's complaint, which purport to be grounded in state law. *See* 28 U.S.C. §§ 1367(a) and 1441(c).

## III.  TIMELINESS

This Notice is timely, pursuant to 28 U.S.C. § 1446(b), because Ocwen was served with the complaint on March 31, 2015.

## IV.  OTHER PERTINENT INFORMATION

A. Pursuant to 28 U.S.C. § 1446(a), Ocwen files this Notice in the District Court of the United States for the district and division within which the State Court Action is pending. As such, this case is being removed to the United States District Court for the Northern District of California, San Jose Division, because the State Court Action is pending in Santa Clara County. See 28 U.S.C. § 1441(a); Civil L.R. 3-2(e).

1      B.    Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice with its attachments will promptly be served on plaintiff in the State Court Action, and notice thereof will be filed with the clerk of the Santa Clara County Superior Court.

    WHEREFORE, Wells Fargo hereby removes Santa Clara County Superior Court Case No. 115CV277462 to the United States District Court for the Northern District of California.

    C.    No other parties have entered appearances in State Action, rendering it impossible for Ocwen to obtain consent for removal from such parties.

DATED: April 29, 2013

SEVERSON & WERSON
A Professional Corporation

By:    /S/ Alisa A. Givental
        Alisa A. Givental

Attorneys for Defendant OCWEN LOAN SERVICING, LLC