# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

SEAN CONRAD,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., et al.,

    Defendants.

Case No. 15-cv-01961-BLF

**ORDER TO SHOW CAUSE**

TO PLAINTIFF SEAN CONRAD AND HIS ATTORNEYS OF RECORD:

YOU ARE HEREBY ORDERED TO SHOW CAUSE in writing, on or before December 17, 2015, why this action should not be dismissed for failure to prosecute.

This case was removed from the Santa Clara County Superior Court on April 30, 2015. Since then, Plaintiff has voluntarily dismissed two of the defendants. There is no indication on the docket that the remaining defendants have been served with process. Counsel for Plaintiff did not file a Case Management Statement in advance of the Case Management Conference that was scheduled for December 3, 2015 and he did not appear at the hearing.

The Court "may issue any just orders," including orders imposing sanctions, if a party or its attorney "fails to appear at a scheduling or other pretrial conference" or "fails to obey a scheduling or other pretrial order." Fed. R. Civ. P. 16(f). Moreover, the Court may dismiss an action "[i]f the plaintiff fails to prosecute or to comply with . . . a court order." Fed. R. Civ. P. 41(b).

In addition to the showing required above, Plaintiff's counsel is HEREBY ORDERED TO SHOW CAUSE in writing, on or before December 17, 2015, why sanctions in the amount of $500

1  should not be imposed on counsel for failure to file a Case Management Statement and failure to
2  appear at the Case Management Conference.
3      Plaintiff's counsel is HEREBY ORDERED TO APPEAR at a SHOW CAUSE HEARING
4  on January 7, 2016 at 11:00 a.m.
5      **IT IS SO ORDERED.**

7  Dated:  December 3, 2015

                                                  _____
                                                  BETH LABSON FREEMAN
                                                  United States District Judge