# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SEAN CONRAD,<br><br>    Plaintiff,<br><br>  v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>    Defendants. | Case No. 15-cv-01961-BLF<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE ISSUED DECEMBER 3, 2015** |

For good cause shown, the Order to Show Cause issued on December 3, 2015 is hereby DISCHARGED.

**IT IS SO ORDERED.**

Dated: December 11, 2015

_____
BETH LABSON FREEMAN
United States District Judge